# EXHIBIT 1

| | |
|---|---|
| **From:** | Ramona Cotca |
| **To:** | Konkoly, Antonia (CIV) |
| **Subject:** | Re: JW v. DOJ -- proposed briefing schedule |
| **Date:** | Thursday, November 5, 2020 12:24:10 PM |

Toni-

I don't have objections to the request to move the briefing back, except I would need to push my deadline to Feb. 16 from the Feb. 9 proposed date due to other conflicts. Of course, I would be fine with the remaining deadlines being pushed by one week also. Let me know if that works with your schedule.

With respect to your question about redactions, Judicial Watch has agreed to substantially narrow the withholdings it will challenge in this litigation. The withholdings contested are in the record we raised during the meet and confer, page 5 of the April 10, 2020 production. You provided a complete copy of the record in your Oct. 19 email, bearing Bates numbers CRM 029-030. Judicial Watch contest all of the withholdings in the email chain. If you have any questions, please let me know. Please also confirm if you are taking lead on drafting the JSR due tomorrow.

Thanks,

Ramona R. Cotca
JUDICIAL WATCH, INC.

---

**From:** Konkoly, Antonia (CIV) <Antonia.Konkoly@usdoj.gov>
**Sent:** Thursday, November 5, 2020 12:15 PM
**To:** Ramona Cotca <rcotca@JUDICIALWATCH.ORG>
**Subject:** RE: JW v. DOJ -- proposed briefing schedule
Hi Ramona,
FBI has requested that we push the briefing schedule back by about 30 days. I'm checking on the reasons, though I assume they have either partly or substantially to do with the pandemic and holidays. Would you be amenable this proposal instead?
- Govt MSJ: Jan. 12
- JW opp & x-MSJ: Feb. 9
- Govt. opp & reply: Mar. 2
- JW reply: Mar. 16

Thanks,
Toni

**From:** Ramona Cotca <rcotca@JUDICIALWATCH.ORG>
**Sent:** Tuesday, November 03, 2020 1:02 PM
**To:** Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>
**Subject:** Re: JW v. DOJ -- proposed briefing schedule

Thank you, Toni. This proposal looks fine to me.

Regarding the challenges, Judicial Watch will challenge the searches but I am waiting to confirm with my client about what redactions are at issue, if any. I will let you know by the time you return Thursday.

Thank you,

Best regards,
Ramona R. Cotca


On Nov 2, 2020, at 3:02 PM, Konkoly, Antonia (CIV) <Antonia.Konkoly@usdoj.gov> wrote:


Hi Ramona,

I've also got a pretty busy November, including a substantial deadline on the Wednesday before Thanksgiving (11/25). Between my schedule and yours, how does this schedule look to you?

- Govt MSJ: Dec. 11
- JW opp & x-MSJ: Jan. 8
- Govt. opp & reply: Jan. 29
- JW reply: Feb. 12

I'm still confirming that none of the agency counsel whose input and assistance I'll need on the filing have any conflicts that might requirement adjustment – but since I will be out of the office tomorrow and Wednesday, I wanted to send this tentative scheduling proposal before I leave.

Also, for purposes of creating a clean record for MSJ briefing (and making sure we cover all necessary bases in our filing) – when you respond, can you please clarify exactly what JW is still challenging, following our conferral?

Thanks,

Toni

Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
Direct line: (202) 514-2395
email: Antonia.Konkoly@usdoj.gov