# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 19-cv-0879 (CJN) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## SECOND DECLARATION OF RAMONA R. COTCA

I, Ramona R. Cotca, declare and state as follows:

1. I am an attorney employed by Judicial Watch, Inc. ("Judicial Watch") and counsel for Plaintiff in the above-captioned matter. I have personal knowledge of the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of pages 9, 16, 25, 27, and 45 of the PDF Document Production produced by CRM on June 19, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of page 3 of the PDF Supplemental Document Production produced by OIP on June 8, 2021 (Flores April 13, 2017 Email to McFadden).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2021 in Washington, D.C.

/s/ *Ramona R. Cotca*
Ramona R. Cotca

# **<u>Exhibit 1</u>**

CRM June 19, 2020 Document Production
Pages 9, 16, 25, 27, and 45



U.S. Department of Justice

Criminal Division

*Office of Enforcement Operations*    Washington, D.C. 20530

**VIA Electronic Mail**    June 19, 2020

Ramona R. Cotca
Judicial Watch, Inc.
425 Third St., SW
Suite 800
Washington, D.C. 20024    Judicial Watch, Inc. v. U.S. Department of
rcotca@JUDICIALWATCH.ORG    Justice, 19-cv-00879-CJN (D.D.C.)

Dear Ms. Cotca:

This is the final response to your Freedom of Information Act request dated July 5, 2018, for records concerning an April 2017 meeting between DOJ, FBI personnel, and reporters of the Associated Press. Your request is currently the subject of the above-referenced litigation.

This response pertains to two hundred and fifteen (215) pages of records, one hundred and forty-seven (147) of which are duplicative of pages previously released to you in the course of this litigation. After careful review, I have determined that four (4) pages must be withheld in full and that two hundred and eleven (211) pages may be released in part. All of these withholdings are made pursuant to:

> 5 U.S.C. § 552(b)(5), which concerns certain inter- or intra-agency communications protected by the deliberative process privilege and the attorney work-product privilege;
>
> 5 U.S.C. § 552(b)(6), which concerns materials the release of which would constitute a clearly unwarranted invasion of the person privacy of third parties;
>
> 5 U.S.C. § 552(b)(7)(A), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with ongoing enforcement proceedings;
>
> 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and,
>
> 5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose techniques or procedures for law enforcement investigations or prosecutions.

2

You may contact Trial Attorney Antonia M. Konkoly by phone at (202) 514-2395 or by mail at U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, N.W., Washington, DC 20005 for any further assistance and to discuss any aspect of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Although your request is the subject of litigation, I am required by statute to inform you that if you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*Amanda Marchand Jones*

Amanda Marchand Jones
Chief
FOIA/PA Unit

Enclosures

Cc: Antonia M. Konkoly (Antonia.Konkoly@usdoj.gov)

**From:** (b) (6), (b) (7)(C)  (CRM)
**To:** Weissmann, Andrew (CRM)
**Subject:** FW: Meeting with AP
**Date:** Tuesday, April 4, 2017 2:26:51 PM

Eric would like to know if his editor can attend the meeting on Tuesday as well. Thank you.

(b) (6), (b) (7)(C)

U.S. Department of Justice

Criminal Division, Fraud Section

Contractor: CACI

(b) (6), (b) (7)(C) (o) (b) (6), (b) (7)(C) (c)

(b) (6), (b) (7)(C)@usdoj.gov

---

**From:** Tucker, Eric [mailto:etucker@ap.org]
**Sent:** Tuesday, April 4, 2017 2:24 PM
**To:** (b) (6), (b) (7)(C) (CRM) (b) (6), (b) (7)(C)@CRM.USDOJ.GOV>
**Subject:** RE: Meeting with AP

Hi (b) (6), (b) (7)(C),

   Would it be possible to have my editor, Ted Bridis, also at the table with us next Tuesday morning? I figured it wouldn't be a problem to have one extra person there on our side, but just wanted to make sure that'd be OK. Thanks very much for arranging.

Eric

-----Original Appointment-----
**From:** (b) (6), (b) (7)(C)@usdoj.gov [mailto:(b) (6), (b) (7)(C)@usdoj.gov] **On Behalf Of** Weissmann, Andrew (CRM)
**Sent:** Tuesday, April 04, 2017 1:44 PM
**To:** Ohr, Bruce (ODAG); (b) (6), (b) (7)(C) per FBI (CID) (FBI); (b) (6), (b) (7)(C) per FBI (WF) (FBI); Brickley, Ann (CRM); Tucker, Eric; Horwitz, Jeff
**Subject:** Meeting with AP
**When:** Tuesday, April 11, 2017 9:00 AM-9:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 4th floor VTC (4204)


We are located in the Bond Building at 1400 New York Ave NW.

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) per FBI  (WF) (FBI) |
| **To:** | Brickley, Ann (CRM) |
| **Date:** | Thursday, April 27, 2017 4:53:00 PM |

Ann,

I'm doing an EC on our meeting with the AP, and want to get everyone who was there. Can you let me know who from DOJ was present for that when you get a chance?

Thanks,

(b) (6), (b) (7)(C) per FBI

---

(b) (6), (b) (7)(C) per FBI
Special Agent
FBI - Washington Field Office
(b) (6), (b) (7)(C), (b)(7)(E) per FBI

Desk: (b) (6), (b) (7)(C) per FBI
Cell: (b) (6), (b) (7)(C) per FBI

| | |
|---|---|
| **From:** | Bridis, Ted |
| **To:** | Brickley, Ann (CRM) |
| **Subject:** | RE: AP"s latest stories on Paul Manafort |
| **Date:** | Tuesday, May 16, 2017 2:30:02 PM |

https://apnews.com/6ac48bb640d34e55b5e57da0240a04bd/Russian-magnate-sues-AP-over-story-on-Trump-campaign-ties

> *WASHINGTON (AP) — A Russian billionaire with ties to Vladimir Putin sued The Associated Press on Monday for defamation over a story about his connections to a former Trump campaign chairman.*
>
> *Aluminum magnate Oleg Deripaska claimed in the federal defamation and libel lawsuit that the AP's March 22 story about his business dealings with Paul Manafort was inaccurate and hurt his career by falsely accusing him of criminal activity.*
>
> *The AP's general counsel, Karen Kaiser, said the news organization stands by its story and will defend itself vigorously.*

**From:** Bridis, Ted
**Sent:** Wednesday, April 12, 2017 6:36 PM
**To:** (b) (6), (b) (7)(C) @usdoj.gov'
**Subject:** AP's latest stories on Paul Manafort

https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout

> *... Now, financial records newly obtained by The Associated Press confirm that at least $1.2 million in payments listed in the ledger next to Manafort's name were actually received by his consulting firm in the United States. They include payments in 2007 and 2009, providing the first evidence that Manafort's firm received at least some money listed in the so-called Black Ledger.*

https://apnews.com/7820703c490a45a8a5608274e24e827b/Former-Trump-campaign-chairman-to-register-as-foreign-agent

> *WASHINGTON (AP) — President Donald Trump's former campaign chairman Paul Manafort will register with the Justice Department as a foreign agent for lobbying work he did on behalf of political interests in Ukraine, led at the time by a pro-Russian political party, his spokesman said Wednesday.... By registering retroactively, Manafort will be acknowledging that he failed to properly disclose his work to the Justice Department as required by federal law.*

Ted Bridis, news editor
Investigative
The Associated Press

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) (CRM) |
| **To:** | Weissmann, Andrew (CRM) |
| **Subject:** | RE: Meeting with AP |
| **Date:** | Friday, April 7, 2017 2:02:05 PM |

Eric would like to invite another reporter to the list (in addition to the request below). Is that okay with you? Thank you.

(b) (6), (b) (7)(C)

U.S. Department of Justice

Criminal Division, Fraud Section

Contractor: CACI

(b) (6), (b) (7)(C) (o) (b) (6), (b) (7)(C) (c)

(b) (6), (b) (7)(C) @usdoj.gov

**From:** Weissmann, Andrew (CRM)
**Sent:** Friday, April 7, 2017 12:54 PM
**To:** (b) (6), (b) (7)(C) (CRM) <(b) (6), (b) (7)(C)@CRM.USDOJ.GOV>
**Subject:** Re: Meeting with AP

Yes

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office (b) (6), (b) (7)(C)

On Apr 7, 2017, at 12:41 PM, (b) (6), (b) (7)(C) (CRM) (b) (6), (b) (7)(C)@CRM.USDOJ.GOV> wrote:

> Is it okay for an additional reporter (there are three current attending) come to the AP meeting on Tuesday? Thank you.
>
> (b) (6), (b) (7)(C)
>
> U.S. Department of Justice
>
> Criminal Division, Fraud Section
>
> Contractor: CACI
>
> (b) (6), (b) (7)(C) (o) (b) (6), (b) (7)(C) (c)
>
> (b) (6), (b) (7)(C)y@usdoj.gov
>
> **From:** Tucker, Eric [mailto:etucker@ap.org]
> **Sent:** Friday, April 7, 2017 12:37 PM
> **To:** (b) (6), (b) (7)(C) (CRM) (b) (6), (b) (7)(C)@CRM.USDOJ.GOV>
> **Subject:** RE: Meeting with AP
>
> Hi (b)(6),(b) if possible, I'd like to request that another colleague of mine who has worked

| | |
|---|---|
| **From:** | Tucker, Eric |
| **To:** | Weissmann, Andrew (CRM) |
| **Subject:** | Re: Is tomorrow afternoon good for you to talk? |
| **Date:** | Thursday, April 6, 2017 11:23:01 PM |

Sounds good. I'll be free and reachable by cell (b) (6), (b) (7)(C)  Thanks.

Sent from my iPhone

> On Apr 6, 2017, at 11:21 PM, Weissmann, Andrew (CRM) (b) (6), (b) (7)(C) @usdoj.gov> wrote:
>
> Sometime between 4-5ish?
>
> Andrew Weissmann
> Chief
> Fraud Section
> Criminal Division
> Office: (b) (6), (b) (7)(C)
>
>> On Apr 6, 2017, at 11:20 PM, Tucker, Eric <etucker@ap.org> wrote:
>>
>> Yes, absolutely. Is there a particular time that works?
>>
>> Sent from my iPhone
>>
>>> On Apr 6, 2017, at 11:16 PM, Weissmann, Andrew (CRM) (b) (6), (b) (7)(C) @usdoj.gov> wrote:
>>>
>>>
>>>
>>> (b) (6)
>>>
>>>
>>>
>>> Andrew Weissmann
>>> Chief
>>> Fraud Section
>>> Criminal Division
>>> Office: (b) (6), (b) (7)(C)
>>
>>
>

# **Exhibit 2**

Flores April 13, 2017 Email to McFadden
OIP June 8, 2021 Supp. Doc. Production
Page 3



**U.S. Department of Justice**

Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC 20530*

*Telephone: (202) 514-3642*

June 8, 2021

Sean Dunagan            Re:    DOJ-2019-005812
Judicial Watch, Inc.                 19-cv-879 (D.D.C.)
sdunagan@judicialwatch.org       VRB:JMB:BRV

Dear Sean Dunagan:

      This is a supplemental response to your Freedom of Information Act (FOIA) request, dated July 5, 2018 and received in this Office on July 2, 2019,[1] for records related to an April 2017 meeting between Department of Justice and FBI personnel and the Associated Press.

      Please be advised that a search has been conducted in the Office of Public Affairs (PAO) and twelve pages containing records responsive to your request have been identified. I have determined that all twelve pages are appropriate for release with withholdings made pursuant to Exemptions 6, 7(C), and 7(E) of the FOIA, 5 U.S.C. §§ 552(b)(6), (b)(7)(C), and (b)(7)(E). Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties, Exemption 7(C) pertains to records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties, and Exemption 7(E) pertains to records or information compiled for law enforcement purposes, the release of which would disclose certain techniques or procedures for law enforcement investigations or prosecutions.

      For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. <u>See</u> 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

---

[1] This FOIA request was not routed to this Office until July 2, 2019, after the above-captioned litigation related to this request had commenced.

-2-

    If you have any questions regarding this response, please contact Antonia Konkoly of the Department's Civil Division, Federal Programs Branch at 202-514-2395.

    Sincerely,

*Jonathan Breyan* (signature)

Jonathan Breyan
Senior Supervisory Attorney
<u>for</u>
Vanessa R. Brinkmann
Senior Counsel

**McFadden, Trevor N. (CRM)**

| | |
|---|---|
| **From:** | McFadden, Trevor N. (CRM) |
| **Sent:** | Thursday, April 13, 2017 9:06 PM |
| **To:** | Flores, Sarah Isgur (OPA) |
| **Subject:** | Re: Hold on what we discussed |

Sorry   just spoke with Andrew. Happy to fill you in on his side.

> On Apr 13, 2017, at 9:03 PM, Flores, Sarah Isgur (OPA) <siflores@jmd.usdoj.gov> wrote:
>
> Looks like it's more serious than I first thought.