UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 1:19-cv-0879 (CJN)

## ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment, ECF No. 24, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 27. Accordingly, for the reasons given in the contemporaneously published Memorandum Opinion, it is hereby **ORDERED** that

Defendant's Motion for Summary Judgment, ECF No. 24, is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that

Plaintiff's Cross-Motion for Summary Judgment, ECF No. 27, is **GRANTED AND PART** and **DENIED IN PART**.

DATE: March 28, 2022

CARL J. NICHOLS
United States District Judge

1