IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-879 (CJN) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties voluntarily submit the following status report, in order to inform the Court of the status of the case.

1. This is an action under the Freedom of Information Act ("FOIA"). Plaintiff's FOIA requests seek two categories of documents related to an April 2017 meeting between Department of Justice ("DOJ" or "Department") and Federal Bureau of Investigation ("FBI") personnel, and reporters for the Associated Press, including, *inter alia*, records "created in preparation for, during, and/or pursuant to the meeting." Complaint ("Compl."), ECF No. 1, ¶¶ 6, 8.

2. After Defendant completed searching and processing the responsive records its searches returned, Plaintiff challenged the adequacy of Defendant's search efforts, and the parties cross-moved for summary judgment.

3. On March 28, 2022, the Court issued a Memorandum Opinion, Dkt. No. 32 ("Mem. Op."), and accompanying Order, Dkt. No. 33, granting in part and denying in part

Defendant's Motion for Summary Judgment and granting in part and denying in part Plaintiff's motion for the same. As relevant here, the Court denied Defendant's motion in one respect, finding that Defendant should have searched the records of former Assistant U.S. Attorney Shreve Ariail, who is known to have attended the meeting in question. *See* Mem. Op. at 13.

4. After issuance of the Court's Memorandum Opinion and Order, DOJ's Criminal Division forwarded Plaintiff's FOIA request, together with the Court's decision, to EOUSA.

5. EOUSA tasked the U.S. Attorney's Office for the Eastern District of New York, the office where Mr. Ariail was employed at the time of the meeting in question, to conduct an initial supplemental search of Mr. Ariail's records. This search did not yield any potentially responsive records. The U.S. Attorney's Office then conducted a second supplemental search, which also did not yield any responsive records. Out of an abundance of caution, EOUSA then conducted a third supplemental search through its Office of Information Technology.

6. On August 11, 2022, EOUSA informed Plaintiff that the supplemental searches had not yielded any potentially responsive documents.

7. Plaintiff has requested, and EOUSA has voluntarily agreed to provide, a draft search description, solely for the purposes of informal conferral between the parties. EOUSA presently estimates that it can provide its draft search description by mid-October 2022.

8. Following EOUSA's provision of the draft search description to Plaintiff,

the parties will discuss whether it is possible to narrow or eliminate the issues, if any, that may require judicial resolution. The parties jointly propose to file a further joint status report by November 4, 2022, if the case has not been dismissed, in which they will inform the Court of the status of their discussions and make a proposal, if one is necessary, for any further proceedings.

Dated: August 23, 2022                     Respectfully submitted,

| | |
|---|---|
| JUDICIAL WATCH, INC. | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General |
| */s/ Ramona R. Cotca*<br>Ramona R. Cotca (D.C. Bar No. 501159)<br>JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, DC  20024<br>Tel.:   (202)646-5172, ext. 328<br>Email:  rcotca@judicialwatch.org | MARCIA BERMAN<br>Assistant Branch Director<br><br>*/s/ Antonia Konkoly*<br>Antonia Konkoly<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., NW, Room 11110<br>Washington, DC  20005<br>(202)514-2395 (direct)<br>(202)616-8470<br>antonia.konkoly@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for the Defendants* |