# Exhibit 1

[Examples of Ariail's records relevant to the April Meeting with the AP Reporters]

| | |
|---|---|
| **From:** | Ariail, Shreve (USANYE) |
| **To:** | Weissmann, Andrew (CRM) |
| **Cc:** | (b) (6), (b) (7)(C) CRM); (b) (6), (b) (7)(C) (USANYE) |
| **Subject:** | Re: AP"s latest stories on Paul Manafort |
| **Date:** | Wednesday, April 12, 2017 6:52:25 PM |

Well, given that don't know what's been done, I'm working on investigative plan that focuses broadly on what we think should be done, and possible theories of prosecution, coming up with theoretical predicate acts etc.

Per our prior discussion, I'd like to see/know what MLARS is doing/has done so we don't overlap.

Sent from my iPhone

On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) <(b) (6), (b) (7)(C)@usdoj.gov> wrote:

Thx.  Are you all putting a written plan together including what's been done and what steps you will take?

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office (b) (6), (b) (7)(C)

On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE) (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>> wrote:



Sent from my iPhone

Begin forwarded message:

From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
Date: April 12, 2017 at 6:36:15 PM EDT
To: (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>" (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)l@usdoj.gov>>
Subject: AP's latest stories on Paul Manafort

https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout

... Now, financial records newly obtained by The Associated Press confirm that at least $1.2 million in payments listed in the ledger next to Manafort's name were actually received by his consulting firm in the United States. They include payments in 2007 and 2009, providing the first evidence that Manafort's firm received at least some money listed in the so-called Black Ledger.

https://apnews.com/7820703c490a45a8a5608274e24e827b/Former-Trump-campaign-chairman-to-register-as-foreign-agent

WASHINGTON (AP) — President Donald Trump's former campaign chairman Paul Manafort will register with the Justice Department as a foreign agent for lobbying work he did on behalf of political interests in Ukraine, led at the time by a pro-Russian political party, his spokesman said Wednesday.... By registering retroactively, Manafort will be acknowledging that he failed to properly disclose his work to the Justice Department as required by federal law.

Ted Bridis, news editor

**From:** Ariail, Shreve (USANYE)
**To:** Weissmann, Andrew (CRM)
**Subject:** Re: AP"s latest stories on Paul Manafort
**Date:** Wednesday, April 12, 2017 7:53:18 PM

Yes, definitely. I briefed to Criminal ██████████ (b) (6), (b) (7)(C) ██████████ ).

Sent from my iPhone

On Apr 12, 2017, at 7:40 PM, Weissmann, Andrew (CRM) (b) (6), (b) (7)(C) @usdoj.gov> wrote:

███ (b) (5) ███

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office: (b) (6), (b) (7)(C)

> On Apr 12, 2017, at 6:52 PM, Ariail, Shreve (USANYE) (b) (6), (b) (7)(C) @usdoj.gov> wrote:
>
> ███████ (b) (5) ███████
>
> Sent from my iPhone
>
> On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) <Andrew.Weissmann@usdoj.gov> wrote:
>
> Thx. ███████ (b) (5) ███████
>
> Andrew Weissmann
> Chief
> Fraud Section
> Criminal Division
> Office: (b) (6), (b) (7)(C)
>
> On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE) (b) (6), (b) (7)(C) @usdoj.gov<mailto:(b) (6), (b) (7)(C) @usdoj.gov>> wrote:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
> Date: April 12, 2017 at 6:36:15 PM EDT
> To: "(b) (6), (b) (7)(C) @usdoj.gov<mailto:(b) (6), (b) (7)(C) @usdoj.gov>"
<(b) (6), (b) (7)(C) @usdoj.gov<mailto:(b) (6), (b) (7)(C) @usdoj.gov>>
> Subject: AP's latest stories on Paul Manafort
>
> https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout

| | |
|---|---|
| **From:** | Microsoft Outlook on behalf of (b) (6), (b) (7)(C)  (CRM) |
| **To:** | Weissmann, Andrew (CRM) |
| **Subject:** | Meeting Forward Notification: Meeting with AP |
| **Start:** | Tuesday, April 11, 2017 9:00:00 AM |
| **End:** | Tuesday, April 11, 2017 10:30:00 AM |
| **Location:** | 4th floor VTC (4204) |

Your meeting was forwarded

(b) (6), (b) (7)(C)  (CRM) <mailto:(b) (6), (b) (7)(C)@CRM.USDOJ.GOV>   has forwarded your meeting request to additional recipients.

Meeting
Meeting with AP

Meeting Time
Tuesday, April 11, 2017 9:00 AM-10:30 AM.

Recipients
Ariail, Shreve (USANYE) <mailto:(b) (6), (b) (7)(C)@usdoj.gov>

All times listed are in the following time zone: (UTC-05:00) Eastern Time (US & Canada)
_____

Sent by Microsoft Exchange Server 2010

| | |
|---|---|
| **From:** | Weissmann, Andrew (CRM) |
| **To:** | Ariail, Shreve (USANYE) |
| **Cc:** | (b) (6), (b) (7)(C) (CRM); (b) (6), (b) (7)(C) (USANYE) |
| **Subject:** | Re: AP"s latest stories on Paul Manafort |
| **Date:** | Wednesday, April 12, 2017 7:40:04 PM |

**(b)(5)**

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office (b) (6), (b) (7)(C)

> On Apr 12, 2017, at 6:52 PM, Ariail, Shreve (USANYE) <(b) (6), (b) (7)(C)@usdoj.gov> wrote:
>
> **(b)(5)**
>
> Sent from my iPhone
>
> On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) (b) (6), (b) (7)(C)@usdoj.gov> wrote:
>
> Thx. **(b) (5)**
>
> Andrew Weissmann
> Chief
> Fraud Section
> Criminal Division
> Office: (b) (6), (b) (7)(C)
>
> On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE)
(b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>> wrote:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
> Date: April 12, 2017 at 6:36:15 PM EDT
> To: "(b) (6), (b) (7)(C)l@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>"
<(b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>>
> Subject: AP's latest stories on Paul Manafort
>
> https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout
>
> ... Now, financial records newly obtained by The Associated Press confirm that at least $1.2 million in payments listed in the ledger next to Manafort's name were actually received by his consulting firm in the United States. They include payments in 2007 and 2009, providing the first evidence that Manafort's firm received at least some money listed in the so-called Black Ledger.

| | |
|---|---|
| **From:** | Ariail, Shreve (USANYE) |
| **To:** | Weissmann, Andrew (CRM) |
| **Cc:** | (b) (6), (b) (7)(C) (CRM); (b) (6), (b) (7)(C) (USANYE) |
| **Subject:** | Re: AP"s latest stories on Paul Manafort |
| **Date:** | Wednesday, April 12, 2017 6:52:24 PM |

**(b) (5)**

Sent from my iPhone

On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) <(b) (6), (b) (7)(C)@usdoj.gov> wrote:

Thx. (b) (5)

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office: (b) (6), (b) (7)(C)

On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE) <Shreve.Ariail@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>> wrote:


Sent from my iPhone

Begin forwarded message:

From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
Date: April 12, 2017 at 6:36:15 PM EDT
To: (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>" <(b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>>
Subject: AP's latest stories on Paul Manafort

https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout

... Now, financial records newly obtained by The Associated Press confirm that at least $1.2 million in payments listed in the ledger next to Manafort's name were actually received by his consulting firm in the United States. They include payments in 2007 and 2009, providing the first evidence that Manafort's firm received at least some money listed in the so-called Black Ledger.

https://apnews.com/7820703c490a45a8a5608274e24e827b/Former-Trump-campaign-chairman-to-register-as-foreign-agent

WASHINGTON (AP) — President Donald Trump's former campaign chairman Paul Manafort will register with the Justice Department as a foreign agent for lobbying work he did on behalf of political interests in Ukraine, led at the time by a pro-Russian political party, his spokesman said Wednesday.... By registering retroactively, Manafort will be acknowledging that he failed to properly disclose his work to the Justice Department as required by federal law.

Ted Bridis, news editor

| | |
|---|---|
| **From:** | Ariail, Shreve (USANYE) |
| **To:** | Weissmann, Andrew (CRM) |
| **Subject:** | Re: AP"s latest stories on Paul Manafort |
| **Date:** | Wednesday, April 12, 2017 7:53:19 PM |

Yes, definitely. I briefed to Criminal ███ (b) (6), (b) (7)(C) ███

Sent from my iPhone

On Apr 12, 2017, at 7:40 PM, Weissmann, Andrew (CRM) <Andrew.Weissmann@usdoj.gov> wrote:

███ (b) (5) ███

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office: (b) (6), (b) (7)(C)

> On Apr 12, 2017, at 6:52 PM, Ariail, Shreve (USANYE) <(b) (6), (b) (7)(C)@usdoj.gov> wrote:
>
> ███ (b) (5) ███
>
> Sent from my iPhone
>
> On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) (b) (6), (b) (7)(C)@usdoj.gov> wrote:
>
> Thx. ███ (b) (5) ███
>
> Andrew Weissmann
> Chief
> Fraud Section
> Criminal Division
> Office: (b) (6), (b) (7)(C)
>
> On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE) (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>> wrote:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
> Date: April 12, 2017 at 6:36:15 PM EDT
> To: (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>" (b) (6), (b) (7)(C)@usdoj.gov<mailto:(b) (6), (b) (7)(C)@usdoj.gov>>
> Subject: AP's latest stories on Paul Manafort
>
> https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout