IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:19-cv-879 (CJN) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

**ERRATA TO UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Defendant U.S. Department of Justice ("DOJ") makes the instant filing to correct an inadvertent misstatement in its Unopposed Motion to Extend Briefing Schedule, Dkt. No. 46. In Paragraph 4 of that filing, Defendant mistakenly stated that Plaintiff is not challenging the Exemption 6 withholdings in the supplemental production made by the Executive Office of U.S. Attorneys ("EOUSA") on May 9, 2023. Defendant clarifies that Plaintiff has informed Defendant that it is foregoing any challenge to EOUSA's Exemption 6 withholdings as to telephone numbers in particular, but is challenging the remaining Exemption 6 withholdings in that supplemental production.

Dated: May 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Antonia Konkoly*
Antonia Konkoly

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
(202)514-2395 (direct)
(202)616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendant*