IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 1:19-cv-879 (CJN) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| *Defendant*. | ) ) ) ) ) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendants U.S. Department of Justice ("DOJ") respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons supporting this motion are set forth in the concurrently filed memorandum, and supporting declarations and attachments. A proposed order is also attached for the convenience of the Court.

Dated:  June 1, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ Antonia Konkoly*
Antonia Konkoly
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-514-2395
Email:  antonia.konkoly@usdoj.gov

*Counsel for Defendant*