IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | Civil Action No. 1:19-cv-00879 (CJN) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
|     *Defendant*. ) | |
| ) | |

**PLAINTIFF'S EXHIBIT INDEX**

**Exhibit 1:** Email dated March 6, 2023 from Defendant U.S. Department of Justice's undersigned counsel Ms. Antonia Konkoly to Plaintiff Judicial Watch Inc.'s undersigned counsel Ramona Cotca.

**Exhibit 2:** Email Produced by the Criminal Division to Plaintiff; Produced on June 19, 2020, in response to Plaintiff's FOIA request at issue in this litigation, *Judicial Watch Inc. v. U.S. Department of Justice*, Civil Action No. 1:19-cv-00879, and filed by Plaintiff on January 6, 2023 at ECF No. 38-1, appearing on page three of that filing.

**Exhibit 3:** Politico Article Referred to in Plaintiff's FOIA Request; Josh Gerstein, "Associated Press may have led FBI to Manafort storage locker," POLITICO (June 29, 2018), *available at* https://www.politico.com/story/2018/06/29/paul-manafort-storage-locker-associated-press-687776.