# **<u>Exhibit 2</u>**

**From:** Ariail, Shreve (USANYE)
**To:** Weissmann, Andrew (CRM)
**Subject:** Re: AP"s latest stories on Paul Manafort
**Date:** Wednesday, April 12, 2017 7:53:18 PM

Yes, definitely. I briefed to Criminal ████ (b) (6), (b) (7)(C) ████).

Sent from my iPhone

On Apr 12, 2017, at 7:40 PM, Weissmann, Andrew (CRM) ██(b) (6), (b) (7)(C)██@usdoj.gov> wrote:

████ (b) (5) ████

Andrew Weissmann
Chief
Fraud Section
Criminal Division
Office: ██(b)(6), (b)(7)(C)██

> On Apr 12, 2017, at 6:52 PM, Ariail, Shreve (USANYE) ██(b)(6), (b)(7)(C)██@usdoj.gov> wrote:
>
>
████████████████ (b) (5) ████████████████

>
> Sent from my iPhone
>
> On Apr 12, 2017, at 6:48 PM, Weissmann, Andrew (CRM) <Andrew.Weissmann@usdoj.gov> wrote:
>
> Thx. ████████ (b) (5) ████████
>
> Andrew Weissmann
> Chief
> Fraud Section
> Criminal Division
> Office: ██(b)(6), (b)(7)(C)██
>
> On Apr 12, 2017, at 6:42 PM, Ariail, Shreve (USANYE)
██(b)(6),(b)(7)(C)██@usdoj.gov<mailto:██(b)(6),(b)(7)(C)██@usdoj.gov>> wrote:
>
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: "Bridis, Ted" <TBridis@ap.org<mailto:TBridis@ap.org>>
> Date: April 12, 2017 at 6:36:15 PM EDT
> To: "██(b)(6),(b)(7)(C)██@usdoj.gov<mailto:██(b)(6),(b)(7)(C)██@usdoj.gov>"
<██(b)(6),(b)(7)(C)██@usdoj.gov<mailto:██(b)(6),(b)(7)(C)██@usdoj.gov>>
> Subject: AP's latest stories on Paul Manafort
>
> https://apnews.com/20cfc75c82eb4a67b94e624e97207e23/AP-Exclusive:-Manafort-firm-received-Ukraine-ledger-payout