UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------X

JUDICIAL WATCH, INC.,

        Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

------------------------------X

Civil Action No. 19-cv-879 (CJN)

## SECOND DECLARATION OF JEANETTE GONZALEZ-RIVERA

I, Jeanette Gonzalez-Rivera, declare the following to be true and correct:

1. I am a Supervisory Legal Administrative Specialist in the United States Attorney's Office for the Eastern District of New York ("EDNY"). I have held this position since 2012. My duties include assisting in locating and searching records within EDNY, including dockets, casefiles, and archived email. In the course of my employment, I have assisted with Freedom of Information Act ("FOIA") requests, and I am familiar with the systems by which EDNY archives documents and emails.

2. I make the statements herein on the basis of personal knowledge and information acquired by me in the course of performing my official duties, including information provided to me by others within the Department of Justice (the "Department"). The other individuals with whom I have communicated include an Assistant United States Attorney within the Office (the "AUSA").

3. I incorporate by reference the declaration dated June 1, 2023 that I previously prepared in connection this matter. Terms defined in that declaration have the same meaning when referenced in this declaration.

4. In connection with the FOIA Request, I have conferred with the AUSA concerning the possibility that the April 2017 meeting that occurred at some point after the AP Meeting (referenced in paragraphs 6 and 7 of my previous declaration) was attended by other personnel of the Department (in addition to the AUSA and Shreve Ariail). The AUSA recalls that, in addition to Mr. Ariail, the AUSA met with the following individuals, who were then employed by the Department, on the same day as the AP Meeting: Bruce Ohr, Andrew Weissmann, and another former Department of Justice employee who was also employed as an AUSA within EDNY, but who was detailed to the Criminal Division in April 2017. The AUSA has no knowledge whether or not any of these individuals took any notes.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Jeanette Gonzalez-Rivera
Supervisory Legal Administrative Specialist

Executed this 18 day of October, 2023