IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:19-cv-879 (CJN) |

## NOTICE

As explained in Defendant U.S. Department of Justice's Reply Memorandum in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment ("Defendant's opposition-reply brief"), ECF No. 55 at p. 10 n.4, on the day that Defendant's opposition-reply brief was due, the Criminal Division ("CRM") discovered the existence of a box of hard-copy records that had the potential to contain records responsive to a discretionary supplemental search conducted by CRM. CRM has now manually reviewed the contents of this box and has determined that it contains no responsive records. *See* Fourth Declaration of Courtney J. O'Keefe, attached hereto.

Dated: October 24, 2023                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Antonia Konkoly*

1

Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
(202)514-2395 (direct)
(202)616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*